433 A.2d 4

**COMMONWEALTH of Pennsylvania**

v.

**Kisler STEPHENS, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 18, 1981.

Decided July 2, 1981.

H. Stanley Rebert, Public Defender, York, for appellant.

Thompson J. McCullough, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.